IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JUDY WEEKES-WALKER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-cv-895-MEF |
| | ) | [WO – Do not publish] |
| MACON COUNTY GREYHOUND | ) | |
| PARK, INC., a/k/a Victoryland, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Before the Court is Plaintiffs' Motion to Appoint a Special Master (Doc. # 115) and Defendant's Response in Opposition (Doc. # 120). The Court finds that Plaintiffs' motion is due to be denied with leave to refile after the resolution of the present appeal before the Eleventh Circuit.

Accordingly, it is hereby ORDERED that Plaintiffs' Motion to Appoint a Special Master (Doc. # 115) is DENIED with leave to refile.

DONE this the 19th day of September, 2012.

                                                                                   /s/ Mark E. Fuller
                                            UNITED STATES DISTRICT JUDGE