IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUDY WEEKES-WALKER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                             ) | CASE NO. 3:10-cv-895-MEF |
| ) | [WO – Do not publish] |
| MACON COUNTY GREYHOUND ) | |
| PARK, INC., a/k/a Victoryland, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Stay (Doc. # 119), the Court finds that the motion is due to be granted.

Accordingly, it is hereby ORDERED that Defendant's Motion to Stay (Doc. # 119) is GRANTED and that this cause of action is STAYED pending resolution of the present appeal before the Eleventh Circuit.

DONE this the 19th day of September, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE