IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUDY WEEKES-WALKER, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO.  3:10-cv-895-MEF |
| ) | (WO – Do Not Publish) |
| MACON COUNTY GREYHOUND ) | |
| PARK, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER SETTING A HEARING ON DAMAGES**

Defendant Macon County Greyhound Park, Inc. ("MCGP"), having been found liable to both sub-classes as contained in the modified class certification order, it is hereby ORDERED as follows:

1. A hearing is set for May 28, 2014, at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. The hearing will take up the matter of Plaintiffs' damages under the Workers Adjustment and Retaining Act of 1988, 29 U.S.C. §§ 2101 *et seq.* as well as the amount of attorneys' fees to be awarded to Plaintiffs' counsel pursuant to 29 U.S.C. § 2104(a)(6).

2. Plaintiffs shall file a brief and any evidentiary materials on the issue of statutory damages on or before May 7, 2014.

3. Defendant shall file a brief and any evidentiary materials on the issue of statutory damages on or before May 21, 2014.

1

4.  Plaintiffs are further ordered to file a separate motion for attorneys' fees with supporting evidentiary materials on or before May 7, 2014.

5.  Defendant may file a brief and any evidentiary materials in opposition to Plaintiffs' motion for attorneys' fees on or before May 21, 2014.

DONE this the 3rd day of April, 2014.

/s/  Mark E. Fuller
UNITED STATES DISTRICT JUDGE